1  WILLIAM R. TAMAYO – #084965 (CA)
   JONATHAN T. PECK -- #12303 (VA)
2  DAVID F. OFFEN-BROWN – #63321 (CA)
   CINDY O'HARA -- #114555 (CA)
3  EQUAL EMPLOYMENT OPPORTUNITY
     COMMISSION
4  San Francisco District Office
   350 The Embarcadero, Suite 500
5  San Francisco, California 94105-1260
   Telephone:    (415) 625-5653
6  Facsimile:    (415) 625-5657

7  Attorneys for Plaintiff Equal Employment Opportunity Commission

8
9                    **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11

12  **EQUAL EMPLOYMENT OPPORTUNITY**        Civil Action No.   **09    4593**
    **COMMISSION,**

13                   Plaintiff,                  **COMPLAINT**

14  v.                                          Civil Rights - Employment
                                                Discrimination
15  **ABM INDUSTRIES INC.,**

16                   Defendant.                  DEMAND FOR JURY TRIAL

17

18                          **NATURE OF THE ACTION**

19       This action is brought pursuant to Title VII of the Civil Rights Act of 1964 and

20  Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the

21  basis of race/national origin (Hispanic) and retaliation, and to provide appropriate

22  relief to Charging Parties Salvador Gallardo, Jose Tasayco, Franklin Colindres, Daniel

23  Rodas, Marta Gomez, Ramona Hernandez, Jose Heyliger, and similarly situated

24  Hispanics, who were adversely affected by such practices.  Defendant ABM Industries

25  Inc. subjected the above Charging Parties and similarly situated Hispanic employees to

26  unlawful discrimination based on their race/national origin, and subjected Charging

27  Parties Marta Gomez, Ramona Hernandez, and Daniel Rodas to unlawful retaliation

28  after they complained about and/or rejected the unlawful discrimination.

1

## JURISDICTION AND VENUE

2       1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331,

3    1337, 1343, and 1345. This action is authorized and instituted pursuant to Section

4    706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.

5    §2000e-5(f)(1) and (3) (Title VII) and Section 102 of the Civil Rights Act of 1991, 42 U.S.C.

6    §1981a.

7       2.      The unlawful employment practices alleged herein were and are now

8    being committed in the State of California, in the City and Count of San Francisco,

9    California, within the jurisdiction of the United States District Court for the Northern

10   District of California. Venue is therefore proper in the United States District Court for

11   the Northern District of California.

12

## INTRADISTRICT ASSIGNMENT

13      3.      This action is appropriate for assignment to the San Francisco/Oakland

14   Division of this Court as the alleged unlawful practices were and are now being

15   committed in San Francisco County, which is within the jurisdiction of the San

16   Francisco/Oakland Division.

17

## PARTIES

18      4.      Plaintiff, the Equal Employment Opportunity Commission (Commission)

19   is the agency of the United States of America charged with the administration,

20   interpretation and enforcement of Title VII, and is expressly authorized to bring this

21   action by Section 706(f)(1) and (3) of Title VII, §2000e-5(f)(1) and (3).

22      5.      Defendant ABM Industries Inc. (ABM) is a Delaware corporation, doing

23   business in the State of California, in the County of San Francisco, and has continuously

24   had at least 15 employees.

25      6.      At all relevant times, Defendant ABM has continuously been an employer

26   engaged in an industry affecting commerce, within the meaning of Section 701(b), (g),

27   and (h) of Title VII, 42 U.S.C. §2000e(b), (g), and (h).

28   //

COMPLAINT FOR DISCRIMINATION                                                    Page 2

1

2

3

## STATEMENT OF CLAIMS

### FIRST CLAIM FOR RELIEF

#### Violation of Title VII: Race/ National Origin Discrimination

4      7.      More than thirty days prior to the institution of this lawsuit, Charging

5   Parties Salvador Gallardo, Jose Tasayco, Franklin Colindres, Daniel Rodas, Marta

6   Gomez, Ramona Hernandez, and Jose Heyliger filed charges with Plaintiff Commission

7   alleging violations of Title VII by Defendant. All conditions precedent to the institution

8   of this lawsuit have been fulfilled.

9      8.      Defendant has engaged in unlawful employment practices based on

10   race/national origin (Hispanic) in violation of Section 703(a) (1)of Title VII, 42 U.S.C.

11   §2000e-2(a)(1) by subjecting the Charging Parties listed in the preceding paragraph of

12   this Complaint and other Hispanics to unlawful discrimination because of their

13   race/national origin, including but not limited to employment terminations, removals

14   from permanent positions, transfers, disparate terms and conditions of employment,

15   and harassment.

16      9.      The effect of the actions complained of in Paragraph 8 above has been to

17   deprive the Charging Parties listed in Paragraph 7 of this Complaint and other similarly

18   situated Hispanics of equal employment opportunities and otherwise adversely affect

19   their status as employees because of their race/national origin.

20      10.      The unlawful employment practices complained of in Paragraph 8 above

21   were and are intentional.

22      11.      The unlawful employment practices complained of in Paragraph 8 above

23   were done and are being done with malice or with reckless indifference to the federally

24   protected rights of the Charging Parties listed in Paragraph 7 of this Complaint and

25   other similarly situated Hispanics.

26

27

### SECOND CLAIM FOR RELIEF

#### Violation of Title VII Based on Retaliation

28      12.      Plaintiff Commission hereby incorporates the allegations of Paragraphs 1

COMPLAINT FOR DISCRIMINATION                                                    Page 3

1 │ through 7 above as though fully set forth herein.

2 │       13.    Since at least April 14, 2005, Defendant ABM has engaged in unlawful

3 │ employment practices in violation of §704(a) of Title VII, 42 U.S.C. §2000e-3(a) by taking

4 │ adverse employment actions against Charging Parties Marta Gomez, Ramona

5 │ Hernandez, and Daniel Rodas in unlawful retaliation because they complained about

6 │ and/or rejected the unlawful discrimination referenced herein at Paragraph 8.

7 │       14.    The effect of the actions complained of in Paragraph 13 above has been to

8 │ deprive Charging Parties Marta Gomez, Ramona Hernandez, and Daniel Rodas of

9 │ equal employment opportunities and otherwise adversely affect their status as

10 │ employees because of their protected activity.

11 │       15.    The unlawful employment practices complained of in Paragraph 13 above

12 │ were intentional.

13 │       16.    The unlawful employment practices complained of in Paragraph 13 above

14 │ were done with malice or with reckless indifference to the federally protected rights of

15 │ Charging Parties Marta Gomez, Ramona Hernandez, and Daniel Rodas.

16 │ **PRAYER FOR RELIEF**

17 │ Wherefore, the Commission respectfully requests that this Court:

18 │     A.    Grant a permanent injunction enjoining Defendant, its officers, agents,

19 │ servants, employees, attorneys, and all persons in active concert or participation with

20 │ them, from engaging in discrimination against their employees including harassment

21 │ based on race and/or national origin and retaliation.

22 │     B.    Order Defendant to institute and carry out policies, practices, and

23 │ programs which prohibit discrimination based on race and/or national origin and

24 │ retaliation, and which eradicate the effects of its unlawful employment practices.

25 │     C.    Order Defendant to make whole Charging Parties and other similarly

26 │ situated Hispanic employees harmed, by providing appropriate back pay and benefits

27 │ with prejudgment interest, and other affirmative relief necessary to eradicate the effects

28 │ of its unlawful employment practices, including but not limited to reinstatement

1  and/or front pay and other appropriate relief to be determined at trial.

2      D.    Order Defendant to make whole Charging Parties and other similarly

3  situated Hispanic employees harmed by providing compensation for past and future

4  pecuniary losses resulting from the unlawful employment practices complained of

5  above, including but not limited to such out-of-pocket expenses as medical care

6  necessitated by Defendant's unlawful conduct, in amounts to be determined at trial.

7      E.    Order Defendant to make whole Charging Parties and other similarly

8  situated Hispanic employees harmed by providing compensation for past and future

9  nonpecuniary losses resulting from the unlawful practices complained of above

10  including, but not limited to, emotional pain and suffering, inconvenience, loss of

11  enjoyment of life, and humiliation, in amounts to be determined at trial.

12      F.    Order Defendant to pay Charging Parties and other similarly situated

13  Hispanic employees harmed by providing punitive damages for the malicious and

14  reckless conduct described above, in amounts to be determined at trial.

15      G.    Grant such further relief as the Court may deem just and proper in the

16  public interest.

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1       H.    Award the Commission its costs of this action.

2                      **DEMAND FOR JURY TRIAL**

3          The Commission demands a jury trial on all questions of fact raised by its

4 complaint.

5                            JAMES L. LEE
                            Deputy General Counsel

6

7                          GWENDOLYN YOUNG REAMS
                            Associate General Counsel

8                          **Equal Employment Opportunity
                          Commission**

9

10 Date:                  , 2009

11                          WILLIAM R. TAMAYO
                          Regional Attorney

12

13 Date:      9/29        , 2009

14                          DAVID F. OFFEN-BROWN
                          Supervisory Trial Attorney

15

16 Date:   September 28 , 2009

17                          CINDY O'HARA
                          Senior Trial Attorney

18

19                          **Equal Employment Opportunity
                          Commission**

20                          San Francisco District Office
                          350 The Embarcadero, Suite 500

21                          San Francisco, CA 94105-1260

22

23

24

25

26

27

28