1  MATTHEW D. MARCA, Bar No. 180686
   SARAH R. NICHOLS, Bar No. 233099
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:   415.433.1940
   Facsimile:    415.399.8490
5
   Attorneys for Defendant
6  ABM JANITORIAL SERVICES—NORTHERN
   CALIFORNIA
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION<br>11<br>            Plaintiff,<br>12<br>     v.<br>13<br>ABM INDUSTRIES INC.,<br>14<br>            Defendant.<br>15 | Case No.  CV9-4593 BZ<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE INITIAL CASE**<br>**MANAGEMENT CONFERENCE AND**<br>**ADR DEADLINES**<br><br>Complaint Filed:  September 29, 2009 |

16         EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("Plaintiff") and ABM
17  JANITORIAL SERVICES—NORTHERN CALIFORNIA ("Defendant") allegedly erroneously sued
18  as ABM INDUSTRIES INC. by and through their respective counsel, hereby stipulate and request
19  the Court to orders as follows:
20         WHEREAS, Plaintiff filed their Complaint on September 29, 2009;
21         WHEREAS, Plaintiff and Defendant dispute when service actually occurred;
22         WHEREAS, on or about December 4, 2009, Plaintiff and Defendant agreed to
23  stipulate that January 11, 2010 would be the deadline for Defendant to file a responsive pleading to
24  Plaintiff's Complaint;
25         WHEREAS, Plaintiff and Defendant agree that an extension of the deadlines in the
26  Order Setting Initial Case Management Conference and ADR Deadlines dated September 29, 2009
27  would allow the parties to fully explore and discuss initial disclosures, ADR process selection and
28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JOINT STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

1  discovery plan and so an extension of those deadlines is in their respective best interests, as well as
2  those of the Court, and best serves and promotes the interests of justice.
3      Therefore the Court HEREBY ORDERS as follows:
4      a.    The last day for Defendants to timely file a responsive pleading shall
5  be January 11, 2010.
6      b.    The last day to (i) meet and confer regarding initial disclosures, early
7  settlement, ADR process selection, and the discovery and e-discovery plan; (ii) file the ADR
8  Certification; and (iii) file either the Stipulation to the ADR Process or a Notice of Need for ADR
9  Phone Conference is February 1, 2010.
10     c.    The last day to file a Rule 26(f) Report, complete initial disclosures or
11 state objections in the Rule 26(f) Report and file the Case Management Statement is February 15,
12 2010.
13     d.    The initial Case Management Conference is rescheduled to February
14 22, 2010 at 4:00 p.m. in Ctrm G, 15th Floor, San Francisco.
15     IT IS SO STIPULATED.

Dated: December __16___, 2009

        /S/
MATTHEW MARCA
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
ABM JANITORIAL SERVICES—
NORTHERN CALIFORNIA

Dated: December _16____, 2009

        /S/
CINDY O'HARA
Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

IT IS SO ORDERED:

Dated: _ December 17, _____, 2009

Magistrate Judge Bernard Zimmerman

1.

JOINT STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940