MATTHEW D. MARCA, Bar No. 180686
SARAH R. NICHOLS, Bar No. 233099
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
ABM JANITORIAL SERVICES—NORTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>ABM INDUSTRIES INC.,<br><br>Defendant. | Case No. CV9-4593 BZ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS**<br><br>[F.R.C.P. 12(b)(6) and 12(e)]<br><br>Present<br>Hearing Date: February 17, 2010<br>Proposed<br>Hearing Date: March 3, 2010<br>Time: 10:00 a.m.<br>Judge: Mag. Judge Bernard Zimmerman<br><br>Complaint Filed: September 29, 2009 |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Case No. CV9-4593-BZ

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("Plaintiff") and ABM JANITORIAL SERVICES—NORTHERN CALIFORNIA ("Defendant") allegedly erroneously sued as ABM INDUSTRIES INC. by and through their respective counsel, hereby stipulate and request the Court to change the Motion to Dismiss hearing to March 3, 2010 at 10:00 a.m. due to Plaintiff's counsel's unavailability on February 17, 2010. The due dates for the Opposition to the Motion to Dismiss and the Reply to Plaintiff's Opposition will be tied to the new hearing date.

Dated: January 25, 2010

/S/
MATTHEW MARCA
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
ABM JANITORIAL SERVICES—
NORTHERN CALIFORNIA

Dated: January 25, 2010

/S/   Cindy O'Hara
CINDY O'HARA
Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**I HEREBY ATTEST THAT THE CONTENT OF THIS DOCUMENT IS ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN THIS DOCUMENT**

Dated: January 25, 2010

/S/
MATTHEW MARCA
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
ABM JANITORIAL SERVICES—
NORTHERN CALIFORNIA

**IT IS SO ORDERED:**

Dated: January 26, 2010, 2009

Magistrate Judge Bernard Zimmerman

Firmwide:93806515.1 061021.1002

1.                                                       Case No. CV9-4593 BZ

. STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940