WILLIAM R. TAMAYO, Bar No. 084965 (CA)
JONATHAN T. PECK, Bar No. 12303 (VA)
DAVID OFFEN-BROWN, Bar No. 63321 (CA)
CINDY O'HARA, Bar No. 114555 (CA)
DEBRA A. SMITH, Bar. No. 147863 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105
Telephone:    (415) 625-5653
Facsimile:     (415) 625-5657

Attorneys for Plaintiff EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>ABM INDUSTRIES, INC.,<br><br>    Defendant. | Civil Action No. CV9-4593 BZ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND TO EXTEND DEADLINE FOR FILING JOINT CASE MANAGEMENT STATEMENT AND INITIAL DISCLOSURES**<br><br>Present Date for Case Management Conference: February 22, 2010<br>**Proposed Date: March 22, 2010**<br>Present Filing Date for Case Management Statement: February 15, 2010<br>**Proposed Date:   March 15, 2010**<br><br>Complaint Filed: September 29, 2009 . |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEADLINE FOR FILING JOINT CASE MANAGEMENT STATEMENT

CASE NO. CV 09-4593 BZ

-2-

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("Plaintiff") and ABM JANITORIAL SERVICES—NORTHERN CALIFORNIA ("Defendant") allegedly erroneously sued as ABM Industries Inc., by and through their respective counsel, hereby stipulate and request the Court to change the date for the parties' Initial Case Management Conference, currently set for February 22, 2010 and the deadline for filing their Joint Case Management Statement and Initial Disclosures. Plaintiff will amend its original Complaint as a matter of right pursuant to Federal Rule of Civil Procedure 15(a)(1) no later than February 5, 2010. Defendant agrees to withdraw its pending Motion to Dismiss, currently set for March 3, 2010. Given that an amended complaint is being filed, the Parties are unable to fully discuss all issues in the Joint Case Management Conference and/or the required Initial Disclosures before the current deadlines.

The Parties by and through this stipulation hereby request the following schedule:

**Date: March 15, 2010**   **Last day to file Joint Case Management Statement and Rule 26 Report and complete Initial Disclosures**

**Date: March 22, 2010**   **Initial Case Management Conference**

**E-filing certification:** I, Cindy O'Hara, certify that I have obtained the concurrence of Matthew Marca, counsel for Defendant, for the filing of this Stipulation and [Proposed] Order to Continue Initial Case Management Conference and to Extend Deadline for Filing Joint Case Management Statement and Initial Disclosures.

DATED: February 4, 2010        LITTLER MENDELSON

                               By:   /S/    Matthew D. Marca
                                     MATTHEW D. MARCA
                                     SARAH R. NICHOLS

                               Attorneys for Defendant
                               ABM JANITORIAL SERVICES—NORTHERN CALIFORNIA

DATED: February 4, 2010        EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

                               By:   /S/    Cindy O'Hara
                                     CINDY O'HARA
                               Attorney for Plaintiff EEOC

-2-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE AND DEADLINE FOR FILING
JOINT CASE MANAGEMENT STATEMENT                                CASE NO. CV 09-4593 BZ

## ORDER

**IT IS SO ORDERED AND THE NEW SCHEDULE IS AS FOLLOWS:**

Date: March 15, 2010

Last day to file Joint Case Management Statement and Rule 26 Report and complete Initial Disclosures

Date: March 22, 2010 at 4:00 p.m.

Initial Case Management Conference

**Dated:** February 5, **2010**

*/s/ Bernard Zimmerman*

**Magistrate Judge Bernard Zimmerman**

-3-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEADLINE FOR FILING JOINT CASE MANAGEMENT STATEMENT

CASE NO. CV 09-4593 BZ