UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff(s),<br><br>    v.<br><br>ABM INDUSTRIES, INC.,<br><br>    Defendant(s). | No.  C09-4593 BZ<br><br>**BRIEFING ORDER** |

Having received defendant's motion to dismiss, **IT IS ORDERED** that any opposition shall be filed by **MARCH 17, 2010.** Any reply shall be filed by **MARCH 24, 2010**.

Dated: February 23, 2010

　　　　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\EEOC V. ABM\BRIEFING ORDER.wpd

1