MATTHEW D. MARCA, Bar No. 180686
SARAH R. NICHOLS, Bar No. 233099
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
ABM JANITORIAL SERVICES—NORTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>ABM INDUSTRIES INC.,<br><br>Defendant. | Case No. CV9-4593 BZ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Complaint Filed: September 29, 2009 |

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("Plaintiff") and ABM JANITORIAL SERVICES—NORTHERN CALIFORNIA ("Defendant") allegedly erroneously sued as ABM INDUSTRIES INC. by and through their respective counsel, hereby stipulate and request the Court to orders as follows:

WHEREAS, a first stipulation and order to continue the parties' Initial Case Management Conference date and other related dates was filed on January 26, 2010 due to Plaintiff's counsel's unavailability;

WHEREAS, a second stipulation and order to continue the parties' Initial Case Management Conference date and other related dates was filed on February 2, 2010 as Plaintiff indicated they would file an amended complaint;

WHEREAS an amended complaint was filed on February 5, 2010;

WHEREAS Defendant's Motion To Dismiss Plaintiff's First Amended Complaint

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

1  For Failure To State A Claim, Or, In The Alternative, Motion For More Definite Statement was filed
2  on February 22, 2010;

3      WHEREAS, the hearing on Defendant's Motion To Dismiss Plaintiff's First
4  Amended Complaint For Failure To State A Claim, Or, In The Alternative, Motion For More
5  Definite Statement (the "Motion") is scheduled for May 5, 2010, the first available court date;

6      WHEREAS, Plaintiff and Defendant agree that an extension of the deadlines to file a
7  Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report and file
8  the Case Management Statement allows the parties to fully explore and discuss initial disclosures
9  and a discovery plan in light of the Court's ruling on the Motion, and so an extension of those
10 deadlines is in their respective best interests, as well as those of the Court, and best serves and
11 promotes the interests of justice.

12     WHEREAS there are no other court deadlines that would be affected by an extension
13 of the deadlines to file a Rule 26(f) Report, complete initial disclosures or state objections in the
14 Rule 26(f) Report and file the Case Management Statement.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1.

JOINT STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

1     Therefore the Court HEREBY ORDERS as follows:

2         a.     The last day to file a Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report and file the Case Management Statement is moved from March 15, 2010 to **June 9, 2010**.

        d.     The initial Case Management Conference is rescheduled from March 22, 2010 to **June 14, 2010 at 4:00 p.m.** in Courtroom G, 15th Floor, San Francisco.

IT IS SO STIPULATED.

Dated: March 11, 2010

/S/ Matthew Marca
MATTHEW MARCA
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
ABM JANITORIAL SERVICES—
NORTHERN CALIFORNIA

Dated: March 11, 2010

/S/ Cindy O'Hara
CINDY O'HARA
Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

IT IS SO ORDERED:

Dated: 12 March, 2010

_/s/ Bernard Zimmerman_
Magistrate Judge Bernard Zimmerman

Firmwide:94425981.1 061021.1002

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.