| | |
|---|---|
| 1 | MATTHEW D. MARCA, Bar No. 180686 |
|   | SARAH R. NICHOLS, Bar No. 233099 |
| 2 | LITTLER MENDELSON |
|   | A Professional Corporation |
| 3 | 650 California Street, 20th Floor |
|   | San Francisco, CA 94108.2693 |
| 4 | Telephone: 415.433.1940 |
|   | Facsimile: 415.399.8490 |
| 5 | |
|   | Attorneys for Defendant |
| 6 | ABM JANITORIAL SERVICES—NORTHERN |
|   | CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | Case No. CV9-4593 BZ |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR FILING DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT, OR IN THE ALTERNATIVE FOR MORE DEFINITE STATEMENT** |
| v. | |
| ABM INDUSTRIES INC., | |
| Defendant. | |
| | [F.R.C.P. 12(b)(6) and 12(e)] |
| | Hearing Date: May 5, 2010 |
| | Time: 10:00 a.m. |
| | Complaint Filed: September 29, 2009 |
| | First Amended Complaint Filed: February 5, 2010 |

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("Plaintiff") and ABM JANITORIAL SERVICES—NORTHERN CALIFORNIA ("Defendant") allegedly erroneously sued as ABM INDUSTRIES INC. by and through their respective counsel, hereby stipulate and request the Court to orders as follows:

WHEREAS, Plaintiff erroneously e-filed a document on March 17, 2010 which was e-filed as Plaintiff EEOC's Opposition to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, or in the Alternative for More Definite Statement but was in fact only the Table of

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING REPLY

Firmwide:94757103.1 061021.1002

1  Authorities to said document;

2  WHEREAS, Plaintiff filed the correct document on the morning of March 18, 2010;

3  WHEREAS, Plaintiff filed a Request for Relief Due to Erroneous Filing on March
4  18, 2010;

5  WHEREAS, Plaintiff and Defendant agree to an extension of the deadline from
6  March 24, 2010 to **March 25, 2010** for Defendant to file Defendant's Reply to Motion To Dismiss
7  Plaintiff's First Amended Complaint For Failure To State A Claim, Or, In The Alternative, Motion
8  For More Definite Statement;

9  WHEREAS, the hearing on Defendant's Motion To Dismiss Plaintiff's First
10  Amended Complaint For Failure To State A Claim, Or, In The Alternative, Motion For More
11  Definite Statement is scheduled for May 5, 2010, the first available court date;

12  WHEREAS there are no court deadlines that would be affected by an extension of the
13  deadlines to file Defendant's Reply to Motion To Dismiss Plaintiff's First Amended Complaint For
14  Failure To State A Claim, Or, In The Alternative, Motion For More Definite Statement.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1.

STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING REPLY

1   Therefore the Court HEREBY ORDERS as follows:

2   The last day to file Defendant's Reply to Motion To Dismiss Plaintiff's First
3   Amended Complaint For Failure To State A Claim, Or, In The Alternative, Motion For More
4   Definite Statement is moved from March 24, 2010 to **March 25, 2010**.

5   IT IS SO STIPULATED.

Dated: March 22, 2010

/S/
MATTHEW MARCA
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
ABM JANITORIAL SERVICES—
NORTHERN CALIFORNIA

Dated: March 22, 2010

/S/ Cindy O'Hara
CINDY O'HARA
Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

IT IS SO ORDERED:

Dated: 23 March, 2010

Magistrate Judge Bernard Zimmerman

Firmwide:94425981.1 061021.1002

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

2.
STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING REPLY