UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>ABM INDUSTRIES INC.,<br><br>Defendant. | Case No. CV9-4593 BZ<br><br>[~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND MEDIATION DEADLINE<br><br>Complaint Filed:     September 29, 2009<br><br>First Amended<br>Complaint Filed:     February 5, 2010 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Case No. CV9-4593 BZ

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Parties' Stipulation To Continue Case Management Conference and Mediation Date, filed on September 3, 2010 is approved and adopted as the Order of this Court, as follows:

1. The Case Management Conference currently set for September 27, 2010 shall be continued to _Nov 1_, 2010; at 4 pm

2. The corresponding deadline by which the Parties must complete mediation shall be extended to _Oct 20_, 2010.

**IT IS SO ORDERED.**

Dated: 3 Sept '10

MAGISTRATE JUDGE
BERNARD ZIMMERMAN
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Firmwide:97268671.1 061021.1002

Case No. CV9-4593 BZ

[PROPOSED] ORDER TO CONTINUE CMC AND MEDIATION DEADLINE