1  WILLIAM R. TAMAYO, Bar No. 084965 (CA)
2  JONATHAN T. PECK, Bar No. 12303 (VA)
   DAVID OFFEN-BROWN, Bar No. 63321 (CA)
3  CINDY O'HARA, Bar No. 114555 (CA)
   DEBRA A. SMITH, Bar. No. 147863 (CA)
4  EQUAL EMPLOYMENT OPPORTUNITY
     COMMISSION
5  San Francisco District Office
   350 The Embarcadero, Suite 500
6  San Francisco, California  94105
7  Telephone:     (415) 625-5653
   Facsimile:     (415) 625-5657
8
   Attorneys for Plaintiff EQUAL EMPLOYMENT
9  OPPORTUNITY COMMISSION

10

11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14

15  EQUAL EMPLOYMENT OPPORTUNITY          Civil Action No. CV9-4593 BZ
    COMMISSION,
16                                        **STIPULATION AND [PROPOSED]**
                    Plaintiff,            **ORDER TO CONTINUE INITIAL**
17                                        **CASE MANAGEMENT**
         v.                               **CONFERENCE AND TO EXTEND**
18                                        **DEADLINE FOR FILING JOINT**
    ABM INDUSTRIES, INC.,                 **CASE MANAGEMENT**
19                                        **STATEMENT AND INITIAL**
                    Defendant.            **DISCLOSURES**
20
                                          Present Date for Case Management
21                                        Conference: February 22, 2010
                                          **Proposed Date: March 22, 2010**
22                                        Present Filing Date for Case Management
                                          Statement: February 15, 2010
23                                        **Proposed Date:   March 15, 2010**

24                                        Complaint Filed: September 29, 2009
                                          .
25

26

27

28

---
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE           CASE NO. CV 09-4593 BZ
MANAGEMENT CONFERENCE AND DEADLINE FOR FILING
JOINT CASE MANAGEMENT STATEMENT

-2-

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("Plaintiff") and ABM JANITORIAL SERVICES—NORTHERN CALIFORNIA ("Defendant") allegedly erroneously sued as ABM Industries Inc., by and through their respective counsel, hereby stipulate and request the Court to change the date for the parties' Initial Case Management Conference, currently set for February 22, 2010 and the deadline for filing their Joint Case Management Statement and Initial Disclosures.  Plaintiff will amend its original Complaint as a matter of right pursuant to Federal Rule of Civil Procedure 15(a)(1) no later than February 5, 2010.  Defendant agrees to withdraw its pending Motion to Dismiss, currently set for March 3, 2010.  Given that an amended complaint is being filed, the Parties are unable to fully discuss all issues in the Joint Case Management Conference and/or the required Initial Disclosures before the current deadlines.

The Parties by and through this stipulation hereby request the following schedule:

**Date: March 15, 2010**     **Last day to file Joint Case Management Statement and Rule 26 Report and complete Initial Disclosures**

**Date:  March 22, 2010**     **Initial Case Management Conference**

**E-filing certification:** I, Cindy O'Hara, certify that I have obtained the concurrence of Matthew Marca, counsel for Defendant, for the filing of this Stipulation and [Proposed] Order to Continue Initial Case Management Conference and to Extend Deadline for Filing Joint Case Management Statement and Initial Disclosures.

DATED:  February 4, 2010          LITTLER MENDELSON

                                  By:    /S/     Matthew D. Marca
                                         MATTHEW D. MARCA
                                         SARAH R. NICHOLS

                                  Attorneys for Defendant
                                  ABM JANITORIAL SERVICES—NORTHERN CALIFORNIA

DATED:  February 4, 2010          EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

                                  By:    /S/     Cindy O'Hara
                                         CINDY O'HARA
                                  Attorney for Plaintiff EEOC

-2-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEADLINE FOR FILING JOINT CASE MANAGEMENT STATEMENT

CASE NO. CV 09-4593 BZ

-3-

**ORDER**

**IT IS SO ORDERED AND THE NEW SCHEDULE IS AS FOLLOWS:**

Date: March 15, 2010

Last day to file Joint Case Management Statement and Rule 26 Report and complete Initial Disclosures

Date: March 22, 2010   at 4:00 p.m.

Initial Case Management Conference

**Dated:** February 5, **2010**

Magistrate Judge Bernard Zimmerman

-3-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEADLINE FOR FILING JOINT CASE MANAGEMENT STATEMENT

CASE NO. CV 09-4593 BZ