UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>ABM INDUSTRIES, INC.,<br><br>　　　　Defendant(s). | No.　C09-4593 BZ<br><br>**ORDER RE PLAINTIFF'S MOTION TO EXTEND THE DISCOVERY DEADLINE** |

**IT IS HEREBY ORDERED** that plaintiff's motion to extend the deadline for fact discovery (Docket No. 63) is **GRANTED IN PART**. The Court's November 5, 2010 trial scheduling order (Docket no. 48) is modified as follows:

　　Trial Date: **Monday, 11/7/2011, 8:30 a.m., 20 days**

　　Pretrial Conference: **Tuesday, 10/18/2011, 4:00 p.m.**

　　Last Day to Hear Dispositive Motions: **9/7/2011**

　　Last Day for Expert Discovery: **8/5/2011**

　　Last Day for Rebuttal Expert Disclosure: **7/29/2011**

　　Last Day for Expert Disclosure: **7/22/2011**

　　Close of Non-expert Discovery: **7/15/2011**

1

**IT IS FURTHER ORDERED** that all other orders and deadlines set by the Court's November 5, 2010 trial scheduling order shall remain in effect.

Dated: May 9, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\EEOC V. ABM\ORDER RE DISCOVERY EXTENSION.wpd