UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff(s),<br><br>v.<br><br>ABM INDUSTRIES, INC.,<br><br>        Defendant(s). | No.  C09-4593 BZ<br><br>**BRIEFING ORDER RE PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER** |

Having received plaintiff's motion for a protective order (Docket No. 73), **IT IS HEREBY ORDERED** that any opposition shall be filed by **May 11, 2011.** Any reply shall be filed by **May 12, 2011.** The Court will schedule a hearing if it determines one is necessary.

Dated: May 9, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\EEOC V. ABM\BRIEFING ORDER 2.wpd

1