UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff(s), <br><br> v. <br><br> ABM INDUSTRIES, INC., <br><br> Defendant(s). | No.  C09-4593 BZ <br><br> **BRIEFING ORDER** |

**IT IS HEREBY ORDERED** that defendant shall file an opposition to plaintiff's motion for spoliation sanctions by **May 23, 2011**. A reply shall be filed by **May 31, 2011**. The hearing presently scheduled for **June 15, 2011** is **VACATED** in as much as the Court is unavailable that day. The Court will schedule a hearing if, after reviewing the papers, it determines that one is necessary.

Dated: May 9, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\EEOC V. ABM\BRIEFING ORD RE SPOLIATION SANCTIONS HRG.wpd

1