UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff(s),<br><br>    v.<br><br>ABM INDUSTRIES, INC.,<br><br>            Defendant(s). | No.  C09-4593 BZ<br><br>**BRIEFING ORDER** |

**IT IS HEREBY ORDERED** that plaintiff shall file an opposition to defendant's Motion to Sever by **May 23, 2011.** A reply shall be filed by **May 31, 2011**. The hearing presently scheduled for **June 15, 2011** is **VACATED** in as much as the Court is unavailable that day. The Court will schedule a hearing if, after reviewing the papers, it determines that one is necessary.

Dated: May 9, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\EEOC V. ABM\BRIEFING ORD RE DEF'S MOT TO SEVER HRG.wpd

1