UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>ABM INDUSTRIES, INC.,<br><br>　　　　Defendant(s). | No.   C09-4593 BZ<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER** |

　　　Plaintiff's motion for a protective order (Docket No. 73), which asks that defendant be prohibited from taking plaintiff's Rule 30(b)(6) deposition, is **DENIED**. Multiple courts have recognized that the EEOC is not exempt from a Rule 30(b)(6) deposition. See, e.g., EEOC v. Corrections Corp. of America, 2007 WL 4403528 (D. Colo. 2007)(citing EEOC v. Citizens Bank & Trust Co., 117 F.R.D. 366 (D. Md. 1987)); EEOC v. CRST Van Expedited, Inc., 2009 WL 136025 (N.D. Iowa 2009). The privilege issues raised by plaintiff's motion are best addressed by placing those objections on the record to specific questions. See Corrections Corp. of America, 2007

1

WL 4403528 at *1 (holding that the EEOC's blanket assertions of privileges — such as the attorney-client privilege, the deliberative process privilege, and the work product doctrine — were premature because the 30(b)(6) deposition had not yet been taken). However, the Court is concerned about the scope of some of defendant's 30(b)(6) topics and cautions defendant to use the deposition wisely and focus on issues that can be most effectively discovered through a 30(b)(6) deposition.

Dated: May 17, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\EEOC V. ABM\ORDER DENYING PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER.wpd

2