1    WILLIAM R. TAMAYO, Bar No. 084965 (CA)
DAVID F. OFFEN-BROWN Bar No. 63321 (CA)
2    CINDY O'HARA, Bar No. 114555 (CA)
DEBRA A. SMITH, Bar. No. 147863 (CA)
3    EVANGELINA HERNANDEZ, Bar No. 168879 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
4       COMMISSION
5    San Francisco District Office
350 The Embarcadero, Suite 500
6    San Francisco, California 94105
Telephone:   (415) 625-5653
7    Facsimile:    (415) 625-5657

8

Attorneys for Plaintiff EQUAL EMPLOYMENT
9    OPPORTUNITY COMMISSION

10

11

                   UNITED STATES DISTRICT COURT
12
                NORTHERN DISTRICT OF CALIFORNIA
13

14

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Civil Action No. CV9-4593 BZ |
|---|---|
| Plaintiff, | **PLAINTIFF EEOC'S REQUEST FOR MORE TIME TO FILE ITS REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS FOR DEFENDANT'S SPOLIATION OF EVIDENCE, SUPPORTING DECLARATION OF DAVID F. OFFEN-BROWN, AND ~~PROPOSED~~ ORDER** |
| v. | |
| ABM INDUSTRIES, INC., | |
| Defendant. | **Date:** |
| | **Ctrm: G, 15th Floor** |

## **MOTION FOR MORE TIME**

25        The U.S. Equal Employment Opportunity Commission (EEOC) hereby requests an

26   additional week to file its Reply To Defendant's Opposition To Plaintiff's Motion For Sanctions

27   For Defendant's Spoliation Of Evidence (Reply) because of illness of Cindy O'Hara, the lead

28   counsel on this case. The Reply is currently due today. Yesterday opposing counsel was asked to

1   agree, but they have not yet.  This motion is made because Ms. O'Hara was planning to work at

2   least two days this past weekend on the Reply, but she became sick Friday night and has been

3   unable to work since.  Since the absence of co-counsel Debra Smith, only Ms. O'Hara can write

4   the Reply.  The EEOC therefore requests more time.  Ms. O'Hara is still unable to work as of this

5   filing, and it is not known when she will be able to work again; therefore we request a week's

6   extension to allow her recovery or another EEOC lawyer to acquire the knowledge necessary to

7   draft the reply.

8   Respectfully submitted,

9   DATED:  May 31, 2011                          EQUAL EMPLOYMENT OPPORTUNITY
                                                   COMMISSION

10                                                 By:   /s/ David F. Offen-Brown

11                                                       DAVID F. OFFEN-BROWN

12                                                 Attorney for Plaintiff EEOC

13                          **SUPPORTING DECLARATION OF DAVID F. OFFEN-BROWN**

14         I, David Offen-Brown, declare under penalty of perjury under the laws of the State of

15   California that I am over eighteen years of age; I am competent to testify to the following from

16   personal knowledge, except the facts herein concerning Cindy O'Hara are based on what she told

17   me, which based on her statements to me I believe are true; and the following statements are true

18   and correct:

19         1.      I am the Supervisory Trial Attorney employed by the U.S. Equal Employment

20   Opportunity Commission (EEOC) in the San Francisco District Office overseeing the litigation of

21   this case, *EEOC v. ABM Industries, Inc.*

22         2.      The EEOC's Reply To Defendant's Opposition To Plaintiff's Motion For

23   Sanctions For Defendant's Spoliation Of Evidence (Reply) is now due today, May 31, 2011.

24         3.      Since Debra Smith went on leave, one of the reasons for the Order Re Plaintiff's

25   Motion to Extend the Discovery Deadline dated May 9, 2011 (docket 79) extending this case's

26   dates, Cindy O'Hara is the only EEOC attorney with the knowledge required to prepare the Reply

27   described in the next paragraph.

28

-2-

4.     Because of other work demands through May 26, 2011, Ms. O'Hara told me she did not begin preparing our Reply until May 27th. She planned to work two or three days the weekend of May 28 – 30 and on May 31 to prepare our Reply.

5.     In the evening of May 27, 2011, Ms. O'Hara became ill, and by the next morning, Saturday, May 28th, she was too ill to do any substantial work. She has been continuously unable to work from May 28th through today, May 31, 2011.   The EEOC has therefore been unable to draft the Reply and cannot file it today, which would prejudice the EEOC.

6.     Counsel for ABM has been asked to stipulate to this request for more time. Yesterday I sent an email to Matthew Marca requesting such a stipulation; today he replied that he needed to consult his client before agreeing, and would get back to me shortly after 11:30 this morning. It is 12:20 p.m. as I file this, and Mr. Marca has not further responded.

7.     We therefore request until June 7, 2011 to file our Reply.

8.     There has been no previous extension of this deadline. The schedule for this case was previously extended by the Order described in paragraph 3 above. This extension will not affect the rest of the schedule for this case.

DATED: May 31, 2011                    EQUAL EMPLOYMENT OPPORTUNITY
                                       COMMISSION

                                       By: /s/ *David F. Offen-Brown*
                                           DAVID F. OFFEN-BROWN

                                       Attorney for Plaintiff EEOC

////

////

////

////

////

////

-3-

1

2  **[PROPOSED] ORDER EXTENDING TIME TO REPLY**

3  Good cause appearing from the foregoing, the EEOC's Motion to Extend Time to Reply

4  To Defendant's Opposition To Plaintiff's Motion For Sanctions For Defendant's Spoliation Of

5  Evidence is granted. The last day for the EEOC to file said Reply is extended to June 7, 2011.

6

7  IT IS SO ORDERED.
   Dated May 3 1, 2011.

8

9

   HON. BERNARD ZIMMERMAN
10  Magistrate Judge of the U.S. District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

PLAINTIFF EEOC'S SPOLIATION MOTION REQUEST FOR MORE
TIME TO REPLY                                                          CASE NO. CV9-4593 BZ