UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMM., <br><br> Plaintiff, <br><br> v. <br><br> ABM INDUSTRIES, INC, <br><br> Defendant. | No. C 09-04593 BZ (LB) <br><br> **ORDERING DIRECTING TIMOTHY BREKKE TO APPEAR AT JUNE 9, 2011 SETTLEMENT CONFERENCE** |

After reviewing the docket and the parties' settlement conference statements, the court believes that Timothy Brekke's appearance at the settlement conference is necessary. Accordingly, the court directs Mr. Brekke to attend the settlement conference schedule for June 9, 2011 at 11:00 a.m. in courtroom 4.

**IT IS SO ORDERED.**

Dated: June 6, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 09-04593 BZ (LB)
ORDER