1   MATTHEW D. MARCA, Bar No. 180686
    ANDREW M. SPURCHISE, Bar No. 245998
2   LITTLER MENDELSON
    A Professional Corporation
3   650 California St., 20th Floor
    San Francisco, CA 94108
4   Telephone:   415.433.1940

5   Attorneys for Defendant
    ABM JANITORIAL SERVICES – NORTHERN
6   CALIFORNIA erroneously sued as ABM
    INDUSTRIES, INC.
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  EQUAL EMPLOYMENT                          Case No. CV9-4593-BZ
    OPPORTUNITY COMMISSION,
                                              STIPULATION EXTENDING
12            Plaintiffs,                      DEADLINES; [~~PROPOSED~~] ORDER

13       v.                                    Trial Date: November 7, 2011
                                              Ctrm: G, 15th Floor
14  ABM INDUSTRIES, INC.,                     Judge: Magistrate Judge. Bernard Zimmerman

15            Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113-2303
408.998.4150

Case No. CV9-4593-BZ

STIPULATION EXTENDING DEADLINES; [PROPOSED] ORDER

1          WHEREAS Defendant has requested additional time to consider Judge Laurel

2   Beeler's settlement proposal made during the June 20, 2011, settlement conference.

3          WHEREAS the parties agree that postponing depositions currently scheduled to allow

4   Defendant additional time to respond to the settlement proposal is appropriate under the

5   circumstances.

6          IT IS AGREED AND STIPULATED, by and between the parties to this action, as

7   represented by counsel as follows:

8           1. The fact discovery deadline in this matter remains July 15, 2011, and the last

9              day to file a motion to compel remains July 22, 2011, except that depositions

10             to be taken or completed after June 20, 2011 can be scheduled up to and

11             including July 29, 2011. The deadline to file a motion to compel related to

12             depositions taken and/or completed after June 20, 2011 is August 5, 2011.

13           2. The last day to file a dispositive motion is extended two weeks to August 17,

14             2011. The last day to oppose and serve any reply to any dispositive motion is

15             also extended accordingly. The last day for a hearing on any dispositive

16             motion is extended two weeks to September 21, 2011.

17           3. The EEOC does not oppose Defendant's Motion for Additional Depositions

18             (which seeks to take twelve depositions beyond the ten deposition limit of the

19             Federal Rules of Civil Procedure) and will produce for deposition those

20             witnesses listed in Defendant's motion on whose behalf it seeks relief, plus an

21             EEOC representative pursuant to Federal Rule of Civil Procedure 30(b)(6)

22             (for a total of no more than twenty-two depositions), unless the EEOC is

23             unable to locate any of these witnesses, in which case it will inform

24             Defendant.

25   / /

26   / /

27   / /

28   / /

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

1.           **Case No. CV9-4593-BZ**

**STIPULATION EXTENDING DEADLINES; [PROPOSED] ORDER**

1             4. Defendant stipulates to allow the EEOC to take three depositions of

2        individuals previously identified to Defendant over the maximum of ten as

3        provided by the Federal Rules of Civil Procedure, and that the EEOC can seek

4        leave of the Court should it believe that it needs more than three additional

5        depositions, but all such depositions must occur no later than July 29, 2011.

6     SO STIPULATED.

7

8    Dated: July 5, 2011

9

10                     /S/ Matthew Marca
                          MATTHEW MARCA
                          LITTLER MENDELSON

11                     A Professional Corporation
                          Attorneys for Defendant

12                     ABM JANITORIAL SERVICES—
                          NORTHERN CALIFORNIA erroneously sued

13                     as ABM INDUSTRIES, INC.

14    Dated: July 5, 2011

15

16                     /S/ Cindy O'Hara
                          CINDY O'HARA

17                     Attorneys for Plaintiff
                          EQUAL EMPLOYMENT OPPORTUNITY

18                     COMMISSION

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

2.          Case No. CV9-4593-BZ

STIPULATION EXTENDING DEADLINES; [PROPOSED] ORDER

1    [PROPOSED] ORDER

2         PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    DATED: _____        By: _____

5                                    Magistrate Judge Bernard Zimmerman

6

7

8    Firmwide:102534953.1 061021.1002

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 16th Floor
San Jose, CA 95113.2303
408.998.4150

3.                        Case No.  CV9-4593-BZ

STIPULATION EXTENDING DEADLINES; [PROPOSED] ORDER