UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>           Plaintiff,<br><br>   v.<br><br>ABM INDUSTRIES INC,<br><br>           Defendant.<br>_____/ | No. C 09-04593 BZ (LB)<br><br>**ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE FOR JULY 11, 2011 AT 3:00 P.M.** |

The court hereby sets a further settlement conference in this matter for July 11, 2011 at 3:00 p.m. in Courtroom 17, 16th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, California. Participants authorized to appear telephonically at the settlement conference should contact the court's courtroom deputy Lashanda Scott at 510-637-3525 to get the conference call information.

**IT IS SO ORDERED.**

Dated: July 8, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 09-04593 BZ (LB)
ORDER SETTING FURTHER SETTLEMENT CONFERENCE